UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'12 JUN 27 AM 8:58

CLERK US DIST...
SOUTHERN DISTRICT OF C...

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>IVANA MENDOZA (1),<br><br>                Defendant. | CASE NO. **12 CR 1524-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

21 USC 952, 960 - IMPORTATION OF COCAINE

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 22, 2012

_____
Janis L. Sammartino
U.S. District Judge